IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ATTICE LAWSON | : | CIVIL ACTION |
| v. | : | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security | : | NO. 07-2842 |

## ORDER

AND NOW, this 8th day of October, 2008, upon consideration of Plaintiff's Request for Review of the Commissioner's final decision, and the Commissioner's Response thereto, and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, and no objections having been filed, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The matter is REMANDED to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo.

BY THE COURT:

_____
WILLIAM H. YOHN JR., J.